# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL TOWNSEND, JR., <br><br> Petitioner, <br><br> v. <br><br> K. HARRINGTON, Warden, <br><br> Respondent. | Case No. CV 10-2599-DOC (JEM) <br><br> **J U D G M E N T** |

   In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

   IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: <u>November 15, 2011</u>

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE